UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARGURUS, INC., <br>                 Plaintiff, <br> v. <br> ENDURANCE WARRANTY SERVICES, LLC <br>                 Defendant. | CIVIL ACTION <br> NO. 16-11361-DPW |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST**
**ENDURANCE WARRANTY SERVICES, LLC WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), CarGurus, Inc. ("Plaintiff") hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Endurance Warranty Services, LLC ("Defendant").

The parties have entered into a settlement agreement under which the domain name "car-guru.us" will be transferred to Plaintiff and Defendant has agreed to permanently cease and desist from using the Car Guru mark, Car Guru Logo, or any other trademark, trade dress, service mark, name, logo, domain name, design or source designation that uses the word "guru" or "gurus" or is otherwise confusingly similar to any of the Plaintiff's trademarks to promote, sell, offer for sale, distribute, market or advertise automotive-related products or services.

Respectfully submitted:

CARGURUS, INC.,

By its attorneys,

/s/ *Joshua M. Dalton*
Joshua M. Dalton, Esq. (BBO # 636402)
David O. Johanson, Esq. (BBO # 251740)
Peter G. Byrne, Esq. (BBO # 690519)
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
Telephone: (617) 951-8000
Facsimile: (617) 951-8736
josh.dalton@morganlewis.com
david.johanson@morganlewis.com
peter.byrne@morganlewis.com

Dated:  August 11, 2016

## **CERTIFICATE OF SERVICE**

I certify that on August 11, 2016, I caused a copy of the foregoing Notice of Dismissal of Claims Against Endurance Warranty Services, LLC to be electronically filed with the Court and served via electronic email upon the following unregistered pro se parties:

Paul Chernawsky
CEO
Endurance Warranty Services, LLC
400 Skokie Blvd., St. # 105
Northbrook, IL 60062
Email: paulc@endurancedirect.com

Steven Cho
CEO/Founder
APCM, LLC
7083 Hollywood Blvd.
Hollywood, CA 90028
Email: steven@apcm-llc.com

/s/ *Joshua M. Dalton*
Joshua M. Dalton (BBO # 636402)